# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-3092**

**September Term, 2025**

**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-8**
**1:22-cr-00015-APM-11**

**Filed On: May 1, 2026** [2171516]

United States of America,

        Appellee

     v.

Roberto A. Minuta,

        Appellant

-----------------------------

Consolidated with 23-3096, 23-3108, 23-3110

## O R D E R

Upon consideration of appellants' unopposed motion to stay the briefing schedule, it is

**ORDERED** that the motion be granted. The deadlines established in the court's January 28, 2026 order are hereby suspended pending further order of the court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk